# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 10-996 JVS (RZx) | Date | September 23, 2010 |
| Title | Zion Pick v. Aurora Bank, FSB | | |

Present: The Honorable    James V. Selna

| Karla Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)  Order Deeming Plaintiffs' Response to Defendants' Motion to Dismiss Complaint to be her First Amended Complaint

On September 21, 2010, Plaintiff Zion Pick ("Pick") filed a document titled "Plaintiffs' Response to Defendants' Motion to Dismiss Complaint." However, there is no motion to dismiss currently pending. The Court granted a motion to dismiss on August 9, 2010 and gave Pick 45-days to file a First Amended Complaint. (Docket No. 13.)

The Court has reviewed Pick's filing and deems it to be a First Amended Complaint.

Pick's filing also suggests that there is a hearing scheduled for December 13, 2010 at 1:30 p.m. in this case. The Court notes that no hearing in this case is currently scheduled for December 13, 2010 at 1:30 p.m.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | kjt | | |